SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ryne M. Seeto,<br><br>     Plaintiff<br><br>  vs.<br><br>Frank Kendall III<br>Secretary of the Air Force,<br><br>     Defendant | Case No. 2:25-cv-00038-JAD-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Ryne M. Seeto, and the United States of America, on behalf of federal defendant ("United States"), hereby stipulate and agree as follows:

1. Plaintiff filed this complaint for judicial review under the Administrative Procedure Act on January 5, 2025 (ECF No. 1-1).

2. The current deadline for the United States to respond to Plaintiff's complaint is March 24, 2025.

3. Plaintiff and the United States, through undersigned counsel, agree and stipulate that the United States' time to respond to Plaintiff's Complaint shall be extended through April 7, 2025.

4. The extension of time is necessary because counsel for the United States has been been ill and also has conflicting deadlines in other court cases such that she needs more time to respond.

1    Therefore, the parties request that the Court extend the deadline for the United

2  States to respond to Plaintiff's complaint through April 7, 2025

3    This stipulated request is filed in good faith and not for the purpose of undue delay.

4    Respectfully submitted this 21st day of March 2025.

5

6                                             SUE FAHAMI
                                              Acting United States Attorney

7

8    _____               /s/ Karissa D. Neff
                                            KARISSA D. NEFF
9    Ryne M. Seeto                          Assistant United States Attorney
     *Pro Se Plaintiff*

10                                           *Attorneys for Federal Defendants*

11

12                                 **IT IS SO ORDERED:**

13

14   **UNITED STATES MAGISTRATE JUDGE**

15   **DATED:**  March 21, 2025

16

17

18

19

20

21

22

23

24

25

26

27

28

2