SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ryne M. Seeto,<br><br>       Plaintiff,<br><br>vs.<br><br>Frank Kendall III<br>Secretary of the Air Force,<br><br>       Defendant. | Case No. 2:25-cv-00038-JAD-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR HEARING**<br><br>**(FIRST REQUEST)** |

Plaintiff, Ryne M. Seeto, and the United States of America, on behalf of federal defendant ("United States"), hereby stipulate and agree as follows:

1. Plaintiff filed A Motion for Hearing on May 12, 2025 (ECF No. 26).
2. The current deadline for the United States to respond to Plaintiff's complaint is May 27, 2025.
3. Plaintiff and the United States, through undersigned counsel, agree and stipulate that the United States' time to respond to Plaintiff's Complaint shall be extended up to and including May 30, 2025.
4. The extension of time is necessary because May 26th is a Federal Holiday. In addition, counsel for the United States has an Early Neutral Evaluation in an employment discrimination case due on May 27, 2025.

Therefore, the parties request that the Court extend the deadline for the United States to respond to Plaintiff's Motion for Hearing up to and including May 30, 2025.

This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 23rd day of May 2025.

SIGAL CHATTAH<br>
United States Attorney

*/s/ Ryne M. Seeto*
Ryne M. Seeto
*Pro Se Plaintiff*

*/s/ Karissa D. Neff*
KARISSA D. NEFF
Assistant United States Attorney

*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 23,, 2025