TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
james.sweetin@usdoj.gov
*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Ryan M. Seeto,<br><br>Plaintiff,<br><br>v.<br><br>Frank Kendal III, Secretary of the Air Force,<br><br>Defendant. | Case No. 2:25-cv-00038-JAD-EJY<br><br>**Order Granting Motion to Extend Time to Reply to Opposition of Defendant's Motion for Summary Judgment**<br><br>**(ECF No. 79)** |

Federal Defendant Frank Kendal III, ("Federal Defendant"), respectfully requests a three-week extension to file his reply to Plaintiff's Opposition of Defendant's Motion for Summary Judgment. On July 8, 2026, Defendant filed his Motion for Summary Judgment. ECF No. 65. Plaintiff filed his opposition on August 27, 2026. The current deadline to file the reply is September 10, 2026.

Counsel for Federal Defendant emailed Plaintiff on September 2, 2026, inquiring whether there would be any objection to a three-week extension to the reply date. Plaintiff did not respond to the request for the extension, necessitating the filing of this motion. This request is made in good faith and not for the purpose of any undue delay.

## Memorandum of Points and Authorities

### I. Argument

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R.

Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted).

Good cause exists for the requested extension. The extension is necessary to accommodate manpower issues in the office of the United States Attorney. Due to the lack of manpower and multiple deadlines compiling in complicated defensive cases at one time, a three-week extension is requested to move the Reply to Opposition of Defendant's Motion for Summary Judgment.

Granting a brief extension will allow Defendant to file a fulsome reply to Plaintiff's Opposition. Accordingly, Defendant respectfully requests that **the Court extend to file his Reply to Opposition of Defendant's Motion for Summary Judgment to October 1, 2026.**

Respectfully submitted this 3rd day of September 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** 9/10/26